# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **WILFREDO NIEVES CRUZ,** : | |
| : | |
| **Plaintiff** : | **CIVIL ACTION NO. 3:18-1152** |
| : | |
| v. : | |
| : | **(MANNION, D.J.)** |
| **DET. ERIC SHAEDEL,** *et al.*, : | **(SAPORITO, M.J.)** |
| : | |
| **Defendants** : | |

## O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** the report of Judge Saporito, **(Doc. 7)**, is **ADOPTED IN ITS ENTIRETY**; and

**(2)** the plaintiff's case, **(Doc. 1),** is **TRANSFERRED** forthwith to the United States District Court for the Eastern District of Pennsylvania pursuant 28 U.S.C. §1406(a).

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: June 29, 2018**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2018 MEMORANDA\18-1152-01-ORDER.wpd